In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Substituted Trustee under the Will of SIDNEY S. HARRIS, Deceased.

In the Matter of the Construction of the Will of SIDNEY S. HARRIS, Deceased. KATE B. HARRIS, as Executrix of SIDNEY HARRIS, Deceased, Appellant; MARIE JOANNA, as Superior General of the Religieuses de l'Assomption, et al., Respondents.

Argued December 6, 1946; decided March 7, 1946.

*Edwin W. Cooney* and *Pauline Taylor* for appellant.

*Joseph V. Lane, Jr.,* for Louise Vilain, respondent.

*John E. Cameron* and *Joseph P. Rudden* for Marie Joanna, respondent.

Order affirmed, with costs payable out of the estate to all parties appearing separately and filing briefs. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Medalie, JJ.